UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                              :

UNITED STATES OF AMERICA        :

           -against-                    :        **ORDER APPOINTING CJA**

                                        :        16 Cr. 200 (AKH)

STEVEN GUZMAN,                  :

                             Defendants.  :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Attorney Lance Clark is appointed as CJA counsel to represent Steven Guzman for his Violation of Supervised Release hearing, scheduled for May 25, 2022, at 11:00 a.m.

        SO ORDERED.

Dated:     April 13, 2022                      /s/ Alvin K. Hellerstein
             New York, New York            ALVIN K. HELLERSTEIN
                                                            United States District Judge