

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 26, 2022

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Government's motion is granted. The specifications in the April 2022 Violation Report are dismissed. The November 1, 2022 conference is canceled.

SO ORDERED.
/s/ Alvin K. Hellerstein
October 27, 2022

      **Re:**    **United States v. Steven Guzman,**
             **16 Cr. 200 (AKH)**

Dear Judge Hellerstein:

       The Government writes regarding proceedings relating to Steven Guzman's alleged violation of the conditions of his supervised release. By way of background, on April 5, 2022, the U.S. Probation Department submitted a violation report that included a specification based on an underlying state arrest of Guzman on January 7, 2022 concerning the possession of a forged instrument (the "April 2022 Violation Report"). The Government has conferred with the assigned Probation Officer and, given that Mr. Guzman has been otherwise in compliance with the conditions of supervised release, which expires on November 12, 2022, the Government respectfully moves to dismiss the specifications in the April 2022 Violation Report. If the Court grants this instant motion, the Government also respectfully submits that there is no need for the conference on November 1, 2022.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

       By:          /s/
                         Gina Castellano
                         Assistant United States Attorney
                         (212) 637-2224

cc:  Lance A. Clark, Esq. (*via ECF*)
       Counsel for Steven Guzman